**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE G. FLEMING,                    No. C07-04939 MJJ

        Plaintiff,                **ORDER REQUESTING
                                        RE-SUBMISSION OF  IN FORMA
  v.                                    PAUPERIS APPLICATION**

USA,

        Defendant.
_____/

      Before the Court is Petitioner Lawrence Fleming's ("Petitioner") Petition for a Writ of

Habeas Corpus.  (Docket No. 1.)  Pursuant to Civil L.R. 3-10,

> At the commencement of an action, any person wishing the Court to authorize
> prosecution of the action without payment of fees or security, pursuant to 28 United
> States Code § 1915, must submit, with the proposed complaint, an Ex Parte Motion to
> Proceed *In Forma Pauperis*, pursuant to Civil L.R. 7-10(a).

*See* Civil LR. 3-10.  Here, the docket reflects that the Petitioner filed a Motion to proceed *in forma

pauperis*.  (*See* Docket No. 2.)  A completed *in forma paupers* application is not, however, in

Petitioner's file.

      The Court therefore **ORDERS** Petitioner to submit a completed *in forma pauperis*

application, if any, within 60 days of the entry of this Order.  Pursuant to Habeas L.R. 2254(f), the

Clerk of the Court shall serve on Petitioner a copy of the application form, instructions and pertinent

provisions of the local rules.  Petitioner's failure to submit a completed application, or pay the filing

fee, will result in dismissal.

**IT IS SO ORDERED.**

Dated: January 23, 2008

                                     _____
                                     MARTIN J. JENKINS
                                     UNITED STATES DISTRICT JUDGE