```
                    FEB 29 PM 12:56   Lawrence G. Fleming
                                      Reg. # 97587-011
                         WIEKING      Federal Correctional Institution
                CLERK U.S. DISTRICT COURT  P.O. Box 9000
                NORTHERN DISTRICT OF CALIFORNIA
                                      Safford, Arizona          85548
```

**FILED**

FEB 29 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**TO:** Clerk Of The Court
United States District Court
For The Northern District Of California
450 Golden Gate Ave., 16th Floor
San Francisco, California      94102

**RE:** Case No. 3:07-cv-04939-MJJ  SBA

4:05-CR-00011-SBA-3

February 25, 2008

Dear Court Clerk:

I am currently writing in regards to the above case number which is currently Assigned to Hon. Martin Jenkins.

It has been some time since this case filing and since any motion or motions have been filed. I am only interested in this case's progress and its happenings.

I can be gotten a hold of at the above address in the upper right hand corner for any communication(s). I would like to thank you for any and all help you and your office may render. I also thank you for your time and effort in helping me find out what is going on with my case.

I await your response. Have a great day !!!

Sincerely,

Lawrence G. Fleming
Reg. # 97587-011

Lawrence G. Fleming
Reg. # 97587-011
Federal Correctional Institution
P.O. Box 9000          85548
Safford, Arizona

PHOENIX AZ 850

26 FEB 2008 PM 7 T

TO: Clerk Of The Court
United States District Court
Northern District Of California
450 Golden Gate Ave.
16th Floor
San Francisco, California    94102